FILED
2010 AUG -6 PM 3:08
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE:                                                                  CASE NO. 05-55833-S

MICHELE C. ROSE                              CHAPTER 7

         Debtor                                      REPORT OF DIVIDEND
                                                                    UNDER FIVE DOLLARS

     Harold A. Corzin, Trustee herein, reports that check #10109 in the amount of $6.29 was issued on July 21, 2010 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

                                                                                         Amt. of Dividend

| Claim #3 | T-Mobile Bankruptcy<br>PO BOX 53410<br>Bellevue, WV 98015 | $ 2.18 |
| --- | --- | --- |
| Claim #5 | WASTE MANAGEMENT RMC<br>2421 W PEORIA AVE<br>PHOENIX, AZ 85029 | $ .37 |
| Claim #6 | COLUMBIA GAS OF OHIO INC<br>200 CIVIC CENTER DDR 11TH FLR<br>COLUMBUS, OH 43215 | $ 3.74 |
| TOTAL: | | $ 6.29 |

                                                          HAROLD A. CORZIN, TRUSTEE
                                                          304 N. Cleveland-Massillon Rd.
                                                          Akron, Ohio 44333
                                                          (330) 670-0770

July 22, 2010

*ck # 10109*
*receipt # 81674*